**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-5854
lawforvatos@yahoo.com

Attorney for Defendant **ALONSO PERREA-OSUNA**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HON. WILLIAM Q. HAYES)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 08CR1497-JLS |
| Plaintiff, | DATE: September 1, 2008 |
| vs. | TIME: 9:00 a.m. |
| **ALONSO PERREA-OSUNA,** | MOTION FOR ORDER SHORTENING TIME |
| Defendant. | |

ALONSO PERREA-OSUNA, Defendant, by and through his counsel, moves this court for an Order Shortening Time in his Sentencing Summary Chart, filed on September 1, 2008 via the CM/ECF system herewith to one (1) day, to be heard September 2, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

1

Defense counsel was in trial before the Superior Court August 11 through August 18, 2008 and is now occupied with a motion for new trial due to newly discovered evidence and prosecutorial misconduct which has delayed catching up on other cases. The Chart submitted is identical to the probation officer's and the prosecutor's, pursuant to the plea agreement.

DATED: 9/1/08                              Respectfully submitted,

                                           *s/ VICTOR MANUEL TORRES*
                                           **VICTOR MANUEL TORRES**
                                           Attorney for Mr. PERREA